UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| CONNIE E. HALL, )<br>)<br>    Plaintiff, )<br>)<br>  vs. )<br>)<br>DEACONESS HOSPITAL, INC., )<br>)<br>    Defendant. ) | CAUSE NO. 3:11-CV-144-RLY-WGH |

### ORDER ON JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Come now the Defendant, Deaconess Hospital, Inc. ("Deaconess"), and the Plaintiff, Connie E. Hall ("Hall"), by their respective attorneys and it appearing to the Court that the above-entitled action has been resolved, based upon a Joint Stipulation of Dismissal with Prejudice; therefore,

**IT IS ORDERED, ADJUDGED AND DECREED** that the above-entitled action be and it is hereby, dismissed against Deaconess with prejudice to the Plaintiff and with each of the parties named herein to pay their own costs.

DATED this ___1st___ day of ___April___, 2013.

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

**Served electronically on all ECF-registered counsel of record via email generated by the Court's ECF System.**

234662